UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 PROCEEDINGS |
| NOEL MARTINEZ | ) | |
| DONNA MARTINEZ | ) | CASE NO.: 10-23327 KL |
| | ) | |
| Debtor(s) | ) | |

AGREED IMMATERIAL MODIFICATION
OF PLAN AND ORDER

  Come now Debtors, by counsel, Dan Whitten, and Chapter 13 Trustee, Paul R. Chael, on the above-captioned Chapter 13 case, and show the Court that on July 29, 2010, the Debtor(s) filed a Chapter 13 Plan.

  The Debtor(s) and the Trustee hereby stipulate to the following modification of said Plan which they deem to be immaterial, and which they hereby move the Court to approve without further notice and opportunity for hearing by creditors and parties in interest.

    Debtors will surrender the timeshare known as Unit No. 0142 Presidents Fairways at Holiday Hills Resort, Phase 7, Taney County Missouri.

  And the Court having examined said stipulated modification of the Plan, and being duly advised in the premises, finds that said proposed modification does not materially change the treatment of creditors, reduce the dividend to unsecured creditors, extend the time for payment to unsecured creditors, or affect the feasibility of the Plan, and that said proposed immaterial modification should be and is hereby approved without further notice or opportunity for hearing by any creditors, and that the holder of any claim or interest that has previously accepted or rejected the Plan, as the case may be, is deemed to have accepted the Plan as modified.

  SO ORDERED.

Dated:_____

                                Judge, U. S. Bankruptcy Court

Distribution:
Debtor(s)
Debtor's Attorney
U. S. Trustee

EXAMINED AND APPROVED:

/s/ Dan Whitten, Attorney for Debtor

_____
Paul R. Chael, Chapter 13 Trustee
Indiana Attorney No. 3881-45